UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSANA LATIFU,<br><br>            Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 21-CV-884 (KMK)<br><br>ORDER ADOPTING REPORT &<br>RECOMMENDATION |

KENNETH M. KARAS, District Judge:

  Assana Latifu ("Plaintiff") brings this Action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Commissioner of Social Security (the "Commissioner" or "Defendant"), which denied her application for disability insurance benefits and/or supplemental security income benefits. (Dkt. No. 1.) Plaintiff and the Commissioner cross-move for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. (Dkt. Nos. 14, 16.)

  The case was referred to the Honorable Judith C. McCarthy ("Judge McCarthy"). On May 4, 2022, Judge McCarthy issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiff's Motion and deny the Commissioner's Cross Motion. (Dkt. No. 19.) The Parties did not file any objections to the R&R.[1]

  "When no objections are filed, the Court reviews an R&R on a dispositive motion for clear error." *Disla v. Comm'r of Soc. Sec.*, No. 20-CV-6663, 2022 WL 1063067, at *1 (S.D.N.Y. Mar. 30, 2022); *see also Brito v. Comm'r of Soc. Sec.*, No. 19-CV-10631, 2022

---

[1] Judge McCarthy provided notice that, pursuant to 28 U.S.C. § 636(b)(l) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to the R&R were due within fourteen days after being served with a copy. (R&R 45–46.)

WL 1002698, at *1 (S.D.N.Y. Mar. 30, 2022) (same); *Bickram v. Comm'r of Soc. Sec.*, No. 18-CV-1160, 2021 WL 2665876, at *1 (S.D.N.Y. June 29, 2021) (same).  The Court has reviewed the R&R and finding no substantive error, clear or otherwise, adopts the R&R.

Accordingly, it is hereby:

ORDERED that the Report and Recommendation, dated May 4, 2022, is ADOPTED in its entirety.

ORDERED that Plaintiff's Motion for Judgment on the Pleadings is granted.

ORDERED that Defendant's Cross-Motion for Judgment on the Pleadings is denied.

ORDERED that judgment be entered in favor of Plaintiff, and that this matter be remanded to the Commissioner for further administrative proceedings.

The Clerk of Court is respectfully requested to terminate the pending Motions, (Dkt. Nos. 14, 16), and close this case.

SO ORDERED.

DATED:   August 2, 2022
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE